UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMY SCOTT GUIDRY (#361122)

VERSUS  CIVIL ACTION NO.: 05-1403-JVP-DLD

BURL CAIN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby dated October 2, 2008 (doc. 13). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief shall be **DISMISSED**, with prejudice.

Judgment shall be entered.

Baton Rouge, Louisiana, November 24, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA